No. 526. Blanco Oil Co. et al. v. Federal Power Commission. C. A. 5th Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition. *George B. Mickum III* for petitioners. *Acting Solicitor General Spritzer, Richard A. Solomon, Peter H. Schiff,* and *Joel Yohalem* for respondent.

No. 1259. Denver & Rio Grande Western Railroad Co. v. United States. C. A. 10th Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition. *Dennis McCarthy* for petitioner. *Solicitor General Griswold, Assistant Attorney General Weisl, Alan S. Rosenthal,* and *Norman Knopf* for the United States. *William M. Moloney* and *Carl V. Lyon* for Association of American Railroads, as *amicus curiae,* in support of the petition.

No. 1285. Martin et al. v. United States. C. A. 5th Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition. *Edward Bennett Williams* and *Robert L. Weinberg* for Martin, and *Morris A. Shenker* for Dodson, petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1250. General Foods Corp. v. Federal Trade Commission. C. A. 3d Cir. Certiorari denied. Mr. Justice Harlan is of the opinion that certiorari should be granted and the case set down for oral argument. *Roberts B. Owen* for petitioner. *Solicitor General Griswold, Assistant Attorney General Turner, Lawrence G. Wallace, James McI. Henderson,* and *Thomas F. Howder* for respondent.